IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL STERN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   NO. 12-785-SCW |
| | ) |
| ST. ANTHONY'S HEALTH CENTER, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

Defendant St. Anthony's Health Center was granted summary judgment by an Order entered by Magistrate Judge Stephen C. Williams on November 8, 2013 (Doc. 67).

**THEREFORE, IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants **ST. ANTHONY'S HEALTH CENTER** and against Plaintiff **MICHAEL STERN**.

**DATED**: November 8, 2013

NANCY J. ROSENSTENGEL, CLERK

BY: S/Angela Vehlewald
Deputy Clerk

**Approved by       s//Stephen C. Williams**
**United States Magistrate Judge**
**Stephen C. Williams**